Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANI INTERNATIONAL CORP., *et al.*<br><br>Defendants. | Case No. CV15-00087-PJW<br>*Hon. Patrick J. Walsh Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION |

1

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: 2/20/, 2015            By: _____
                                 HON. PATRICK J. WALSH
                                 U.S. DISTRICT COURT JUDGE

2

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION